| Date | Pleading Number | |
|------|-----------------|---|
| 4/15/75 | 1. | MOTION ☛ BRIEF -- of all plaintiffs (16 cases -- 29 pltfs.) w/affidavit of Atty. George W. Bullen, Schedule A of Cases pending in federal district court;Annex to Schedule A indicating Judges handling each case; Schedule B of Cases pending in California State Court; Schedule C referencing each exhibit (C-1 thru C-17) as most recent complaints in Schedule A actions and Ans. & Ctrclaim of U.S. in Nevada case No. R-74-16-BRT; Affidavit of service by mail on counsel involved, and U.S. District Courts involved. REQUESTED TRANSFEREE FORUM: EASTERN DISTRICT OF CALIFORNIA (Alternative: D. Nevada) |
| 4/28/75 | | EXT. OF TIME REQUESTED -- by Pullman, Inc. to & incl. 5/30/75 |
| 4/28/75 | | EXT. OF TIME GRANTED -- to ALL PARTIES -- to & incl. 5/30/75 Notice sent to all counsel. |
| 5/1/75 | 2 | RESPONSE -- SOUTHEPN PACIFIC RAILROAD XXXXX TRANSPORATATION CO. w/cert. of service |
| 5/1/75 | 3 | RESPONSE -- GEROGE A. LEGGETT, PEDRO AYALA, ET AL., ANTONIO C. BERMUDEZ, JR. and DOYLE BROWN w/cert/ of service |
| 5/5/75 | | REQUEST FOR EXTENSION OF TIME -- National American Ins. Co. of Omaha, National American Ins. Co. of Calif. & Stuyvesant Ins. Co. -- Notified extension granted to all on 4/28/75 |
| 5/9/75 | | ORDER TO SHOW CAUSE -- Adding B cases (56 civil actions) Notified counsel, involved judges |
| 5/16/75 | 4 | RESPONSE -- LOS ANGELES BY-PRODUCTS CO. w/cert. of service |
| 5/30/75 | 5 | RESPONSE -- PULLMAN INC. w/cert. of service |
| 5/30/75 | 6 | RESPONSE -- UNITED STATES OF AMERICA w/cert. of service |
| 6/3/75 | 7 | RESPONSE -- plaintiffs PERKINS, ODLE, JAMES & WILLIAMS w/cert of service |
| 6/4/75 | 8 | RESPONSE -- MARGARITO S. CHAVEZ, KAREL HARROD, JOSEPH M. PUJALS, RESERVE INSURANCE CO. AND LAUREL STIZZO |
| 6/5/75 | | HEARING ORDER -- June 27, 1975 -- Denver, Colorado Motion of plaintiffs to transfer actions and order to show cause why other action should not be considered A-1 through B-58 inclusive. |
| 6/5/75 | 9 | REPLY BRIEF -- 29 Moving Plaintiffs w/cert. of service |
| 6/6/75 | | APPEARANCE -- Unigrad Insurance Co. |
| 6/9/75 | | REQUEST FOR EXTENSION OF TIME -- |
| 6/9/75 | 10 | RESPONSE --NATIONAL AMERICAN INSURANCE CO. OF OMAHA, NATIONAL INSURANCE CO. OF CALIF., AND STUYVESANT INSURANCE CO. w/cert. of service |
| 6/12/75 | 11 | AFFIDAVIT OF MAILING -- Movant |
| 6/17/75 | | APPEARANCE -- Ivor E. Samson, Esquire for Pacific Gas and Electrict Co. |
| 6/17/75 | 12 | RESPONSE -- TERESA URBAN, JUANITA BLOUNT, MARY BENNETT w/cert of service |
| 6/17/75 | | APPERANCE -- PEOPLE OF CALIFORNIA, DEPT. OF TRANS -- Michael A. Grob |
| 6/24/75xx | | APPEARANCEXXXX |
| 6/25/75 | | APPEARANCE -- JULIUS KAHN, III for Northwestern National Insurance Grop. |
| 6/30/75 | | APPERANCE -- KXXXXXX John T. Coffin for John Bracy, et al. |
| 7/1/75 | | APPEARANCE -- Richard E. Lehrfeld, for Oma James |
| 7/3/75 | | APPERANCE -- Morton L. Friedman for Mary Davidson |
| 7/3/75 | | WAIVER OF ORAL ARGUMENT -- Mary Davidson |
| 7/9/75 | | APPEARANCE -- James V. Saro for Barbara Ann Ashburn |

| Date | Pleading Number | |
|------|------|------|
| 8/15/75 | | CONSENT OF TRANSFEREE COURT -- for litigation to be transferred to the Eastern District of California under 28 U.S.C. §1407 |
| 8/15/75 | | OPINION AND ORDER transferring actions to the Eastern District of California for assignment to Judge Thomas J. MacBride for coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407 |
| 9/22/75 | | VANGUARD INSURANCE CO., ETC. V. U. S.A., N.D.CALIF., C-75-0899 RHS STIPUATION between XXXXX parties to trasfer action under Section 1407 ORDER -- Transferring action to the E.D. California for coordinatd or consolidated pretrial proceedings, pursuant to 28 U.S.C. Section 1407. Notified counsel, involved judges, clerks |
| 12/10/75 | | V. P. SEWELL V. SOUTHERN PACIFIC TRANS. CO., ET AL., N.D.CAL, C-75-906-LHE CTO filed today. Notified counsel, involved judges. |
| 12/29/75 | | V. P. SEWELL V. SOUTHERN PACIFIC TRANS. CO., ET AL., N.D. CAL, C-75-906-LH CTO FINAL TODAY. Notified transferee clerk, transferor clerk, involved judges |

===========================================================================

Description of Litigation

IN RE BOMB DISASTER AT ROSEVILLE, CALIFORNIA, ON APRIL 28, 1973

Summary of Panel Action

Date(s) of Hearing(s) 6/27/75

Date(s) of Opinion(s) or Order(s) 8/15/75

Consolidation Ordered XX    Name of Transferee Judge THOMAS J. MACBRIDE

Consolidation Denied ____   Transferee District EASTERN DISTRICT OF CALIFORNIA

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Allstate Insurance Co., et al. v. United States of America, et al. | E.D.Cal. TJM | Civ.S74-722 | | | | |
| A-2 | Pedro Ayala, et al. v. United States of America, et al. | E.D.Cal. TJM | Civ.S74-172 | | | | |
| A-3 | Martin Bechtel, et al. v. United States of America, et al. | E.D.Cal. TJM | Civ.S74-599 | | | | |
| A-4 | Charles L. Bobbitt, et al. v. United States of America, et al. | E.D.Cal. TJM | Civ.S74-111 | | | | |
| A-5 | Margarito S. Chavez v. Southern Pacific Transportation Co. | E.D.Cal. TJM | Civ.S74-78 | | | | |
| A-6 | Margarito S. Chavez v. United States of America | E.D.Cal. TJM | Civ.S74-681 | | | | |
| A-7 | Nina D.Compo, etc. v. United States of America | E.D.Cal. TJM | Civ.S74-724 | | | | |

7

DOCKET NO. __207__ (CONTINUED)                                    PAGE __2__

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-8 | Karel Harrod, et al. v. United States of America | E.D.Cal. TJM | Civ.S75-156 | | | | |
| A-9 | George A. Leggett v. Southern Pacific Transportation Co. | E.D.Cal. TJM | Civ. S3005 | | | | |
| A-10 | National American Insurance Co. of Omaha, et al. v. United States of America, et al. | E.D.Cal. TJM | Civ.S74-632 | | | | |
| A-11 | Joseph M. Pujals, et al. v. Southern Pacific Transportation Co., et al. | E.D.Cal. TJM | Civ. S-2911 | | | | |
| A-12 | Reserve Insurance Co. v. United States of America | E.D.Cal. TJM | Civ.S75-84 | | | | |
| A-13 | Sentry Insurance Co. v. United States of America, et al. | E.D.Cal. TJM | Civ.S75-180 | | | | |
| A-14 | John Bracy, et al. v. United States of America, et al. | Nevada BRT | Civ.R75-10-BRT | 8/15/75 | 75-557 | | |
| A-15 | Southern Pacific Transportation Co. v. United States of America | Nevada BRT | Civ.R74-16-BRT | 8/15/75 | 75-56 C | >5/19/77 | |
| A-16 | Los Angeles By-Products Co. v. United States of America | C.D.Cal. AAH | Civ.75-886-AAH | 8/15/75 | S75-594-TJM. | | |

DOCKET NO. ___207___  (CONTINUED)                    PAGE 3 _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-1 | Darla Mae Walker v. Southern Pacific Transportation Co. | E.D.CAL. | Civ. S74-128 | | | | |
| B-2 | John Belche, et al. v. The United States of America, et al. | E.D.Cal. | Civ. S74-148 | | | | |
| B-3 | James B. Adams, et al. v. United States of America, et al. | E.D.Cal. | Civ. S74-268 | | | 4/20/76 | judgment |
| B-4 | Norman Edwards v. The United States of America, et al. | E.D.Cal. | Civ. S74-211 | | | | |
| B-5 | Robert A. Durgin, et al. v. United States of America, et al. | E.D.Cal. | Civ. S74-124 | | | | |
| B-6 | Marion Louise Campos v. United States of America, et al. | E.D.Cal. | Civ. S74-170 | | | | |
| B-7 | Myron L. Fulkerson, et al. v. United States of America, et al. | E.D.Cal. | Civ. S74-171 | | | | |
| B-8 | Unigard Insurance Group v. Southern Pacific Transportation Co., et al. | E.D.Cal. | Civ. S74-551-TJM | | | | |
| B-9 | Pacific Gas & Electric Co. v. United States of America, et al. | E.D.Cal. | Civ. S74-731-PCW | | | | |
| B-10 | A. J. Labruzzo v. United States of America, et al. | E.D.Cal. | Civ. S74-661-TJM | | | | |
| B-11 | Ohio Casualty Insurance Co., et al. v. Southern Pacific Railroad, et al. | E.D.Cal. | Civ. S74-734-TJM | | | | |

DOCKET NO. ___207___ (CONTINUED)                                            PAGE __4__

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-12 | Antonio C. Bermudez, Jr., et al. v. Southern Pacific Transportation Co., et al. | E.D.Cal. | Civ. S74-733-TJM | | | | |
| B-13 | Philip L. Ott & Son, Inc. v. United States of America, et al. | E.D.Cal. | Civ. S75-35-TJM | | | | |
| B-14 | Doyle Brown v. United States of America, et al. | E.D.Cal. | Civ. S74-149 | | | | |
| B-15 | People of the State of California, etc. v. The United States of America, et al. | E.D. Cal. | Civ. S75-15-TJM | | | | |
| B-16 | Mission INsurance Co. v. United States of America, et al. | E.D.Cal. | Civ. S74-716 | | | | |
| B-17 | Herman Klein, et al. v. United States of America, et al. | E.D.Cal. | Civ. S75-143-TJM | | | | |
| B-18 | United Services Automobile Assn. et al. v. United States Department of Navy, et al. | E.D.Cal. | Civ. S75-20-PCW | | | | |
| B-19 | Charles Sales, Jr. v. The United States of America, et al. | E.D.Cal. | Civ. S74-703-TJM | | | | |
| B-20 | Leora M. Farmer v. Southern Pacific Railroad Co., et al. | E.D.Cal. | Civ. S74-169 | | | | |
| B-21 | Noni Seeger, et al. v. The United States of America, et al. | E.D.Cal. | Civ. S75-186-TJM | | | | |

DOCKET NO. 207 (CONTINUED)                                                                          PAGE 5

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-22 | Laurel Stizzo v. United States of America, et al | E.D.Cal | Civ.S75-260 | | | | |
| B-23 | The American Star Ins. Co., etc. v. United States of America, et al | E.D.Cal. | Civ. S75-253-TJM | | | | |
| B-24 | Robert T. Baker, et al. v. The United States of America, et al. | E.D.Cal. | Civ- S74-178-TJM | | | | |
| B-25 | George N. Spurr, et al. v. The United States of America, et al. | E.D.Cal. | Civ. S75-115-TJM | | | | |
| B-26 | Bessie Sutter v. The United States of America, et al. | E.D.Cal. | Civ. S75-116-TJM | | | | |
| B-27 | Richard Eugene Todd, et al. v. The United States of America, et al. | E.D.Cal. | Civ. S75-214-TJM | | | | |
| B-28 | Jo Ellen Nordyke v. The United States of America, et al. | E.D.Cal. | Civ. S75-215-TJM | | | | |
| ~~B-29~~ | Marion Louise Campos v. The United States of America, et al. | E.D.Cal. | Civ. S74-170 | ---------- | ---------- | ---------- | duplicate listing See B-6 |
| B-30 | Annie Barca v. The United States of America, et al. | E.D.Cal. | Civ. S75-216-TJM | | | | |
| B-31 | George G. Barca, et al. v. The United States of America, et al. | E.D.Cal. | Civ. S75-213-TJM | | | | |
| B-32 | Teresa Urban v. United States of America, et al. | E.D.Cal. | Civ. S74-562 | | | | |

DOCKET NO. __207__ (CONTINUED)                                    PAGE ___6___

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-33 | Juanita Blount v. United States of America, et al. | E.D.Cal. | Civ. S74-563 | | | | |
| B-34 | Mary D. Bennett v. United States of America, et al. | E.D.Cal. | Civ. S74-561 | | | | |
| B-35 | Nina D. Compo v. United States of America | E.D.Cal. | Civ. S74-724-TJM | | | | |
| B-36 | Irene Anderson, et al. v. The United States of America | E.D.Cal. | Civ. S74-177 | | | | |
| B-37 | Mary N. Davidson, et al. v. United States of America | E.D.Cal. | Civ. S74-672-TJM | | | | |
| B-38 | David Dashnaw, et al. v. The United States of America, et al. | E.D.Cal. | Civ. S74-176 | | | | |
| B-39 | Herman L. Perkins, et al. v. Southern Pacific Transportation Co., et al. | E.D.Cal. | Civ. S74-146 | | | | |
| B-40 | Herman L. Perkins, et al. v. The United States of America, et al. | E.D.Cal. | Civ. S74-147 | | | | |
| B-41 | Leota F. Odle, et al. v. Southern Pacific Railroad Co., et al. | E.D.Cal. | Civ. S74-166 | | | | |
| B-42 | Leota F. Odle, et al. v. The United States of America, et al. | E.D.Cal. | Civ. S74-165 | | | | |
| B-43 | Doyle B. James, et al. v. Southern Pacific Railroad Co., et al. | E.D.Cal. | Civ. S74-163 | | | | |

DOCKET NO. ___207___ (CONTINUED)                    PAGE __7__

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-44 | Doyle B. James et al. v. The United States of America, et al. | E.D.Cal. | Civ. S74-164 | | | | |
| B-45 | Oscar B. Williams, et al. v. Southern Pacific Railroad Co., et al. | E.D.Cal. | Civ. S74-168-TJM | | | | |
| B-46 | Oscar B. Williams, et al. v. The United States of America, et al. | E.D.Cal. | Civ. S74-167 | | | | |
| B-47 | Doyle Brown v. United States of America, et al. | E.D.Cal. | Civ. S74-149 | | | | duplicate listing See B-14 |
| B-48 | Oma A. James v. The United States of America | E.D.Cal. | Civ. S74-175 | | | | |
| B-49 | Bonnie L. Worthington v. Southern Pacific Transportation Co., et al. | E.D.Cal. | Civ. S74-174-TJM | | | | |
| B-50 | Irving Gum v. The United States of America | E.D.Cal. | Civ. S74-607-TJM | | | 7/29/75 | |
| B-51 | Ruby Elaine Underwood v. Southern Pacific Transportation Co., et al. | E.D.Cal. | Civ. S74-173-TJM | | | | |
| B-52 | Barbara Ann Ashburn v. Southern Pacific Transportation Co., et al. | E.D.Cal. | Civ. S74-162 | | | | |
| B-53 | Northwestern National Insurance Group, et al. v. United States of America | E.D.Cal. | Civ. S75-50-TJM | | | | |
| B-54 | Barbara E. Compton v. The United States of America, et al. | E.D.Cal. | Civ. S74-179 | | | 7/8/76 | |
| B-55 | County of Sacramento, etc. v. United States of America, et al. | E.D.Cal. | Civ. S74-561-TJM | | | | |

DOCKET NO. 207   (CONTINUED)                                    PAGE  8

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-56 | The Old Republic Insurance Co. v. United States of America | Nevada Thompson | R-75-15-BRT | 8/15/75 | 75-558 | | |
| B-57 | Safeway Stores, Inc. v. United States of America | Nevada Thompson | R-75-22-BRT | 8/15/75 | 75-559 | | |
| B-58 | Martin Bechtel, et al. v. United States of America | Nevada Thompson | R-75-35-BRT | 8/15/75 | 75-556 | | |
| xyz-1 | Arthur E. Willis v. Southern Pac. | E.D.Cal | S74-157-TJM | | | | |
| XYZ-2 | Charles Q. Ward, etc. v. U.S.A., et al. | E.D.Cal | S74-158-TJM | | | | |
| XYZ-3 | Lillian Crawford, etc. v. U.S.A. et al. | E.D. Cal | S74-159-TJM | | | | |
| XYZ-4 | Tammy Polen v. U.S.A., et al. | E.D. Cal | S74-160-TJM | | | | |
| XYZZ-5 | Michele Kuljis v. Southern Pacific | E.D.Cal | S74-161-TJM | | | | |
| XYZ-6 | Howard & Sharon Demaree v. U.S.A. et al. | E.D.Cal | S74-180 | | | | |
| XYZ-7 | Nellie C. Jordan v. U.S.A., et al. | E.D. Cal | S74-394 | | | | |
| XYZ-8 | Richard Loe, et al. v. U.S.A. | E.D.Cal | S74-587 | | | | |
| XYZ-9 | Roseville Telephone Co. v. U.S.A. | E.D. Cal | S74-705 | | | | |
| XYZ-10 | Wayne S. Phillips, et al. v. U.S.A., et al. | E.D. Cal | S75-91 | | | | |
| C-1 | Vanguard Insurance Co., etc. v. United States of America, et al. | N.D. Cal | C-75-0899 | 9/22/75 | S75-637-TJM | | Stipulation |
| C-2 | V.P. Sewell v. Southern Pacific Transportation Co, et al. 12-10-75 | N.D. Cal | C-75-906-LHB | 12/29/75 | S76-12-TJM | | |
| XYZ-11 | American Home Assurance Co., et al. v. U.S.A., et al. | E.D.Cal | Civ S75-762 | Oct. 1 | Onley 1926 ET M L records | | W |

DOCKET NO. **207** -- IN RE BOMB DISASTER AT ROSEVILLE, CALIFORNIA, ON APRIL 28, 1973 ___ -- P. **9**

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-12 | Lucky Stores, Inc. v. U.S.A. & S.P. | E.D. Ca. TJM | Civ. S-75-114 | | | | |
| XYZ-13 | William L. Walker v. U.S.A. | E.D. Ca. TJM | Civ. S-75-175 | | | | |
| XYZ-14 | Transamerica Insurance Group vs U.S. & S.P. | E.D. Ca. TJM | Civ. S-75-297 | | | | |
| XYZ-15 | Sequoia Ins. Co. & American Motorists vs U.S. & S. P. | E.D. Ca. TJM | Civ. S-75-261 | | | | |
| XYZ-16 | Ralph Crowder & Patricia Crowder v. U.S.A. & S. P. | E.D. Ca. TJM | Civ. S-75-311 | | | | |
| XYZ-17 | General Accident Fire & Life vs. U.S.A. & S.P. | E.D. Ca. TJM | Civ. S-75-314 | | | | |
| XYZ-18 | Liberty Mutual Insurance Co. vs. S.P. & USA | E.D. Ca. TJM | Civ. S-75-410 | | | | |
| XYZ-19 | Ross C. Anderson vs. U.S.A. & S.P. | E.D. Ca. TJM | Civ. S-75-474 | | | | |
| XYZ-20 | Ervin Andrews vs. U.S.A. & S.P. | E.D. Ca. TJM | Civ. S-75-475 | | | | |
| XYZ-21 | Katherine & Earl Grundy vs U.S.A. | E.D. Ca. TJM | Civ. S=75-492 | | | | |
| XYZ-22 | Michigan Millers Mutual Ins. Co. vs U.S.A. & S.P. | E.D. Ca. TJM | Civ. S-75-587 | | | | |
| XYZ-23 | Riverman & Sons vs U.S.A. & S. P. | E.D. Ca. TJM | Civ. S-75-705 | | | | |
| XYZ-24 | Gregory & Elizabeth Atchinson vs U.S.A. & S.P. | E.D. Ca. TJM | Civ. S-75-706 | | | | |
| XYZ-25 | Estate of Edward M. Ackeret vs U.S.A. | E.D. Ca. TJM | Civ. S-75-770 | | | | |
| XYZ-26 | S.M.U.D. vs. S.P. & U.S.A. | E.D. Ca. | Civ. S-75-782 | | | | |

15

DOCKET NO. **207** -- __ IN RE BOMB DISASTER AT ROSEVILLE, CALIFORNIA ON APRIL 28, 1973 __ -- P. **10**

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-27 | Hanover Insurance vs. U.S.A. & S.P. | E.D. Ca. TJM | Civ. S-76-88 | | TJM | | |
| XYZ-28 | Estate of Edward M. Ackeret vs. Pullman, | E.D. Ca. TJM | Civ. S-76-90 | | | | |
| XYZ-29 | Alfonso Rios vs. U.S.A. & S.P. | E.D. Ca. TJM | Civ. S-76-92 | | | | |
| XYZ-30 | Sacramento Municipal Utility Dist. vs Pullman, et al. | E.D. Ca. TJM | Civ. S-76-185 | | | | |
| XYZ-31 | George A. Ahart, Jr. vs. U.S.A. | E.D. Ca. TJM | Civ. S-76-220 | | | | |
| XYZ-32 | Garland Griffis vs Pullman, et al. | E.D. Ca. TJM | Civ. S-76-221 | | | | |
| XYZ-33 | Nat'l Amereican Ins. vs Pullman, et al. | E.D. Ca. TJM | Civ. S-76-226 | | | | |
| XYZ-34 | Sequoia Ins. Co. vs. Pullman, et al. | E.D. Ca. TJM | Civ. S-76-228 | | | | |
| XYZ-35 | Philip L. Ott vs. S. P. ,et al. | E.D. Ca. TJM | Civ. S-76-230 | | | | |
| XYZ-36 | Los Angeles By-Products vs Raybestos-Man-hattan, et al. | E.D. Ca. TJM | Civ. S-76-231 | | | | |
| XYZ-37 | Nicholas E. Koshell vs. U.S.A. & S.P. | E.D. Ca. TJM | Civ. S-76-232 | | | | |
| XYZ-38 | Estate of Edward M. Ackeret, vs Johns-Man-ville, et al. | E.D. Ca. TJM | Civ. S-76-233 | | | | |
| XYZ-39 | John & Ruby Belche vs. Pullman Inc. | E.D. Ca. TJM | Civ. S-76-234 | | | | |
| XYZ-40 | Estate of Edward Ackeret, vs. Association of American Railroads | E.D. Ca. TJM | Civ. S-76-235 | | | | |
| XYZ-41 | Amsted Industries vs S. P. | E.D. Ca. TJM | Civ. S-76-236 | | | | |

DOCKET NO. **207** -- IN RE BOMB DISASTER AT ROSEVILLE, CALIFORNIA, ON APRIL 28, 1973 -- P. **11**

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-42 | Robert A. Durgin vs S.P. et al. | E.D. Ca. TJM | Civ. S-76-237 | | | | |
| XYZ-43 | Safeco Insurance vs Pullman, et al. | E.D. Ca. TJM | Civ. S-76-238 | | | | |
| XYZ-44 | Atlas Assurance vs S.P. | E.D. Ca. TJM | Civ. S-76-239 | | | | |
| XYZ-45 | Allstate Insurance vs S.P., et al. | E.D. Ca. TJM | Civ. S-76-241 | | | | |
| XYZ-46 | James P. Olsen vs S.P. etal. | E.D. Ca. TJM | Civ. S-76-242 | | | | |
| XYZ-47 | Transamerica Insurance vs U.S.A. & S.P. | E.D. Ca. TJM | Civ. S-76-243 | | | | |
| XYZ-48 | Max J. Conrad vs So. Pacific | E.D. Ca. TJM | Civ. S-3041 | | | | |
| XYZ-49 | Sharon D. DeMaree vs. U.S.A. | E.D. Ca. TJM | Civ. S-74-664 | | | | |
| XYZ-50 | Ruby Elaine Underwood vs. U.S.A. | E.D. Ca. TJM | Civ. S-74-714 | | | | |
| XYZ-51 | Bonnie L. Worthington vs U.S.A. | E.D. Ca. TJM | Civ. S-74-715 | | | | |

*Certified correct July 1977*

8
116
124
R-77-0180 TJM

**Southern Pacific Transportation Co. v. U.S.A.** (filed in D. Nevada to replace R-74-16 (see A-15) dismissed after transfer and assigned E.D.Cal C.A. No. S-75-560-TJM) action was given E.D. Cal Number and trans. under §1406(a)    E.D.Cal Civ S-77-406-TJM    **3/12/80 D**

Total actions pending 121 (verified Nov., 1977)

*July 1977 - 8 TR / 116 XYZ ) 123   Dis / 1 Pdy*

*July 1980 - Closed*

10

p. _____

**ATTORNEY SERVICE LIST**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

DOCKET NO. 207 -- IN RE BOMB DISASTER AT ROSEVILLE, CALIFORNIA ON APRIL 28, 1973

| Plaintiff | Defendant |
|---|---|
| LIAISON COUNSEL FOR PLAINTIFFS<br>Vincent J. Aiken, Esquire<br>Guy P. Greenwald, Jr., Esquire<br>Lawrence F. Meyer, Esquire<br>McClean, Greenwald & Hoffman<br>3345 Wilshire Boulevard<br>Suite 1106<br>Los Angeles, Calif.  90010<br><br>Lloyd Hinkelman, Esquire<br>Thomas W. Martin, Esquire<br>Kronick, Moskovitz, Tiedemann & Girard<br>555 Capitol Mall<br>Suite 855<br>Sacramento, California  95814<br><br>Gerald J. Adler, Esquire<br>Crow, Lytle & Gilwee<br>431 J Street<br>Sacramento, California  95814<br><br>George M. McClarrinon, Esq.<br>926 J. Street Suite 609<br>Sacramento, California  95814<br><br>Gerald Thomas, Esquire<br>Bullen, McKone & McKinley<br>555 Capitol Mall<br>Suite 1002<br>Sacramento, California  95814<br><br>A. Kirk McKenzie, Esq.<br>Robert A. Perry, Esquire<br>Saldine & Perry<br>Court Plaza Building<br>901 H Street, Suite 310<br>Sacramento, California  95814 | SEQUOIA INSURANCE CO.<br>AMERICAN MOTORISTS INSURANCE CO.<br>James E. Harrison, Esquire<br>Brennan, Harrison & Yun<br>2100 21st Street<br>Sacramento, California  95818<br><br>SOUTHERN PACIFIC TRANSPORTATION CO.<br>James Diepenbrock, Esquire<br>Diepenbrock, Wulff, Plant & Hannegan<br>Suite 800<br>Sacramento, California  95814<br><br>PULLMAN, INC.<br>James C. Brown, Esquire<br>Barrett, Newlan, & Matheny<br>P.O. Box 13711<br>Sacramento, California  95814<br><br>UNITED STATES OF AMERICA<br>JAMES R. SCHLESINGER<br>REAR ADMIRAL ROGER E. SPREEN<br>CAPTAIN ERNEST J. KERSCHKE<br>William B. Borgeson, Esquire<br>Special Assistant U. S. Attorney<br>2058 Capitol Mall<br>Sacramento, California  95814 |

p. _____

| Plaintiff | Defendant |
|---|---|
| V.P. SEWELL (C-2)<br>　Frederick L. Nelson, Esquire<br>　Hildebrand, McLeod & Nelson<br>　1212 Broadway<br>　Suite 830<br>　Oakland, Calif.  94612 | |

JP Form 3

p. _____

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __207__ -- __IN RE BOMB DISASTER AT ROSEVILLE, CALIFORNIA, ON APRIL 28, 1973__

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| United States of America | A-1; A-2; A-3; A-4; A-6; A-7; A-8; A-10; A-11; A-12; A-13 A-14; A-15; A-16 B-1 · B-54 |
| Southern Pacific Transportation Co. | A-1; A-2; A-3; A-4; A-5; A-9; A-10; A-11; A-13; A-14 B-1 · B-54 |
| Pullman-Standard, a Div. of Pullman, Inc. | A-1; A-10; A-13; A-14  B-11  B-12  B-15  B-23 |
| State of Califrnia | A-2  B-16  Dismissed |
| County of Placer | A-2  B-16  Dismissed |
| City of Roseville | A-2  B-16  Dismissed |
| James R. Schlesinger | A-11 |
| Rear Admiral Roger E. Spreen | A-11 |
| Captain Ernest J. Kerscke | A-11 |
| U.S. Navy | B-18 |